IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>ARTURO W. TORRES,<br><br>                Defendant. | LIST OF EXHIBITS<br><br>Case Number:  8:13CR26-JFB-TDT<br>Courtroom Deputy:<br>Court Reporter: |

Trial Date(s):

| PLF | DF | 3 P T Y | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | FNBO ACCT# 110107576 – 2/2010 Statements + Deposits | | | | | |
| 2 | | | FNBO ACCT# 110107576 – 3/2010 Statements + Deposits | | | | | |
| 3 | | | FNBO ACCT# 110107576 – 4/2010 Statements + Deposits | | | | | |
| 4 | | | FNBO ACCT# 110107576 – 5/2010 Statements + Deposits | | | | | |
| 5 | | | FNBO ACCT# 110107576 – 6/2010 Statements + Deposits | | | | | |
| 6 | | | FNBO ACCT# 110107576 – 7/2010 Statements + Deposits | | | | | |
| 7 | | | FNBO ACCT# 110107576 – 8/2010 Statements + Deposits | | | | | |
| 8 | | | FNBO ACCT# 110107576 – 9/2010 Statements + Deposits | | | | | |
| 9 | | | FNBO ACCT# 110107576 – 10/2010 Statements + Deposits | | | | | |
| 10 | | | FNBO ACCT# 110107576 – 11/2010 Statements + Deposits | | | | | |
| 11 | | | FNBO ACCT# 110107576 – 12/2010 Statements + Deposits | | | | | |
| 12 | | | FNBO ACCT# 110107576 – 1/2011 Statements + Deposits | | | | | |
| 12a | | | FNBO ACCT#110107576 – Deposit 1/06/11 – 8:17am | | | | | |
| 12b | | | FNBO ACCT#110107576 – Deposit 1/06/11 – 5:51 pm | | | | | |
| 13 | | | FNBO ACCT# 110107576 – 2/2011 Statements + Deposits | | | | | |
| 13a | | | FNBO ACCT#110107576 – Deposit 2/24/11 | | | | | |
| 14 | | | FNBO ACCT# 110107576 – 3/2011 Statements + Deposits | | | | | |
| 15 | | | FNBO ACCT# 110107576 – 4/2011 Statements + Deposits | | | | | |
| 16 | | | FNBO ACCT# 110107576 – 5/2011 Statements + Deposits | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17 | | | FNBO ACCT# 110107576 – 6/2011 Statements + Deposits | | | | |
| 18 | | | FNBO ACCT# 110107576 – 7/2011 Statements + Deposits | | | | |
| 19 | | | FNBO ACCT# 110107576 – 8/2011 Statements + Deposits | | | | |
| 20 | | | FNBO ACCT# 110107576 – 9/2011 Statements + Deposits | | | | |
| 21 | | | FNBO ACCT# 110107576 – 10/2011 Statements + Deposits | | | | |
| 22 | | | FNBO ACCT# 110107576 – 11/2011 Statements + Deposits | | | | |
| 23 | | | FNBO ACCT# 110107576 – 12/2011 Statements + Deposits | | | | |
| 24 | | | FNBO ACCT# 110107576 – 1/2012 Statements + Deposits | | | | |
| 25 | | | FNBO ACCT# 410648641 – 1/16/10-2/12/10 Statements + Deposits | | | | |
| 26 | | | FNBO ACCT# 410648641 – 2/13/10-3/15/10 Statements + Deposits | | | | |
| 27 | | | FNBO ACCT# 410648641 – 3/16/10-4/15/10 Statements + Deposits | | | | |
| 28 | | | FNBO ACCT# 410648641 – 4/16/10-5/14/10 Statements + Deposits | | | | |
| 29 | | | FNBO ACCT# 410648641 – 5/15/10-6/15/10 Statements + Deposits | | | | |
| 30 | | | FNBO ACCT# 410648641 – 6/16/10-7/15/10 Statements + Deposits | | | | |
| 31 | | | FNBO ACCT# 410648641 – 7/16/10-8/13/10 Statements + Deposits | | | | |
| 32 | | | FNBO ACCT# 410648641 – 8/14/10-9/15/10 Statements + Deposits | | | | |
| 33 | | | FNBO ACCT# 410648641 – 9/16/10-10/15/10 Statements + Deposits | | | | |
| 34 | | | FNBO ACCT# 410648641 – 10/16/10-11/15/10 Statements + Deposits | | | | |
| 35 | | | FNBO ACCT# 410648641 – 11/16/10-12/15/10 Statements + Deposits | | | | |
| 36 | | | FNBO ACCT# 410648641 – 12/16/10-1/14/11 Statements + Deposits | | | | |
| 37 | | | FNBO ACCT# 410648641 – 1/15/11-2/15/11 Statements + Deposits | | | | |
| 38 | | | FNBO ACCT# 410648641 – 2/16/11-3/15/11 Statements + Deposits | | | | |
| 38a | | | FNBO ACCT#410648641 – Deposit 2/24/11 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 39 | | | FNBO ACCT# 410648641 – 3/16/11-4/15/11 Statements + Deposits | | | | | |
| 40 | | | FNBO ACCT# 410648641 – 4/16/11-5/13/11 Statements + Deposits | | | | | |
| 41 | | | FNBO ACCT# 410648641 – 5/14/11-6/15/11 Statements + Deposits | | | | | |
| 42 | | | FNBO ACCT# 410648641 – 6/16/11-7/15/11 Statements + Deposits | | | | | |
| 43 | | | FNBO ACCT# 410648641 – 7/16/11-8/15/11 Statements + Deposits | | | | | |
| 44 | | | FNBO ACCT# 410648641 – 8/16/11-9/15/11 Statements + Deposits | | | | | |
| 45 | | | FNBO ACCT# 410648641 – 9/16/11-10/14/11 Statements + Deposits + Checks | | | | | |
| 46 | | | FNBO ACCT# 410648641 – 10/15/11-11/15/11 Statements + Deposits | | | | | |
| 47 | | | FNBO ACCT# 410648641 – 11/16/11-12/15/11 Statements + Deposits | | | | | |
| 48 | | | FNBO ACCT# 410648641 – 12/16/11-1/13/12 Statements + Deposits | | | | | |
| 49 | | | Records of Purchases by Advance Auto from Nebraska Auto Auction Sales Records 2010 & 2011 | | | | | |
| 50 | | | Records of Sales by Advance Auto to Nebraska Auto Auction Buyer Records 2010 & 2011 | | | | | |
| 51 | | | Records of Purchases by Advance Auto from Lincoln Auto Auction Sales Records 2010 & 2011 | | | | | |
| 52 | | | Records of Sales by Advance Auto to Lincoln Auto Auction Buyer Receipt Records 2010 & 2011 | | | | | |
| 53 | | | Records of Purchases by Advance Auto from Manheim Omaha Seller Records 2010 & 2011 | | | | | |
| 54 | | | Records of Sales by Advance Auto to Manheim Omaha Buyer Records 2010 & 2011 | | | | | |
| 55 | | | Nebraska Auto Title 2004 Chevy Tahoe | | | | | |
| 56 | | | Sarpy County Manufactured Housing Transfer Statement | | | | | |
| 57 | | | Deeds of Reconveyance – Sarpy County, filed 4/4/11 | | | | | |
| 58 | | | Wire Transaction Records $126, 476.60  FNBO to WFB Mortgage Payoff | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 59 | | | 2008 1040 U.S. Individual Tax Return - Maria / Arturo Torres | | | | |
| 60 | | | 2008 IRS Account Transcript | | | | |
| 61 | | | 2009 1040 U.S. Individual Tax Return – Maria / Arturo Torres | | | | |
| 62 | | | 2009 IRS Account Transcript | | | | |
| 63 | | | 2010 1040 U.S. Individual Tax Return – Maria / Arturo Torres | | | | |
| 64 | | | 2010 IRS Account Transcript | | | | |
| 65 | | | Form 104 – Blank Currency Transaction Report | | | | |
| 66 | | | Form 8300 – Blank – currency received by Trade in Business | | | | |
| 67 | | | Bank Currency Transaction Report Reference Guide | | | | |
| 68 | | | Currency Transaction Report - 10/14/08 | | | | |
| 69 | | | Currency Transaction Report - 2/16/10 | | | | |
| 70 | | | Currency Transaction Report - 10/25/10 | | | | |
| 71 | | | Currency Transaction Report - 12/6/10 A. Torres | | | | |
| 72 | | | Currency Transaction Report - 1/6/11 A. Torres | | | | |
| 73 | | | Currency Transaction Report - 2/24/11 | | | | |
| 74 | | | Currency Transaction Report – 2/28/11 | | | | |
| 75 | | | Currency Transaction Report - 3/7/11 M. Torres | | | | |
| 76 | | | Currency Transaction Report – 4/25/11 | | | | |
| 77 | | | Currency Transaction Report – 10/03/11 | | | | |
| 78 | | | Currency Transaction Report – 5/10/12 | | | | |
| 79 | | | Currency Transaction Report – 7/16/12 | | | | |
| 80 | | | Records of Purchases Made by Advance Auto from Insurance Auto Auction 2010 & 2011 | | | | |
| 81 | | | Records of Sales Made by Advance Auto to Insurance Auto Auction 2010 & 2011 | | | | |
| 82 | | | Records of Purchases Made by Advance Auto from Adesa Auto Auction 2010 & 2011 | | | | |
| 83 | | | Records of Sales Made by Advance Auto to Adesa Auto Auction 2010 & 2011 | | | | |
| 84 | | | 2006 U.S. Individual Tax Return for Maria / Arturo Torres | | | | |
| 85 | | | 2007 U.S. Individual Tax Return for Maria / Arturo Torres | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 86 | | | 2011 U.S. Individual Tax Return for Maria / Arturo Torres | | | | | |
| 87 | | | 2012 U.S. Individual Tax Return for Maria / Arturo Torres | | | | | |
| 88 | | | Summary Chart – Showing Tax Returns | | | | | |
| 89 | | | Summary Chart of Autos Purchased / Sold at Auctions | | | | | |
| 90 | | | Arturo & Maria Torres Letter 4/2013 with attachment | | | | | |
| 91 | | | FNBO ACCT# 110107576 - Currency Deposits – Summary 2/06/10 thru 01/31/12 | | | | | |
| 92 | | | Advance Auto Sales Records 1/01/2010 thru 12/31/2011 | | | | | |
| 92A | | | Cash Receipts Books from Advance Auto Sales during 2010 & 2011 | | | | | |
| 92B | | | Dealer Jackets / Car Sales Records from Advance Auto Sales During 2010 & 2011 | | | | | |
| 92C | | | Summary Comparison Between Advance Auto Sales' Gross Receipts & Cash Deposits 2010 - 2011 | | | | | |
| 93 | | | Photographs of Advance Auto Sales Car Lot | | | | | |

UNITED STATES OF AMERICA
Plaintiff

DEBORAH R. GILG
United States Attorney
District of Nebraska


By: *s/Russell X. Mayer*
 RUSSELL X. MAYER, NY #1726124
 Assistant U.S. Attorney
 1620 Dodge Street, Suite 1400
 Omaha, NE  68102-1506
 Tel:  (402) 661-3700
 Fax:  (402) 661-3084


CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Dana C. Bradford, III
Attorney at Law


*s/Russell X. Mayer*
RUSSELL X. MAYER
Assistant U.S. Attorney

6