# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CASE NO. 8:13-cr-00026 |
|        Plaintiff,      ) | |
| vs.      ) | NOTICE OF CLAIM OF UNCONSTITUTIONALITY |
| ARTURO W. TORRES,      ) | |
|        Defendant.      ) | |

COMES NOW the Defendant, Arturo W. Torres, by and through his attorney, and hereby gives Notice of Claim of Unconstitutionality pursuant to Nebraska Civil Rule 9.1(b) and applicable federal laws and hereby claims the unconstitutionality of Title 31, United States Code, Section 5317(c)(2).

DATED this 3rd day of November, 2014.

                ARTURO W. TORRES, Defendant

            BY:   /s/ D. C. Bradford  III
                   D. C. "Woody" Bradford III #10402
                   BRADFORD & COENEN , LLC
                   1620 Dodge Street, Suite 1800
                   Omaha, NE  68102-1505
                   (402) 342-4200
                   (402) 342-4202 (fax)
                   wbradford@bradfordcoenen.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2014, I electronically filed the foregoing PLEADING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Russell X. Mayer, U.S. Attorney's Office, 1620 Dodge Street #1400, Omaha, Nebraska 68102.

                    /s/ D. C. Bradford  III
                  D. C. "Woody" Bradford III #10402
                  BRADFORD &  COENEN, LLC
                  1620 Dodge Street, Suite 1800
                  Omaha, Nebraska 68102-1505

00097285